```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| VALLEY FORGE CENTER ASSOCIATES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE KORNREICH-NIA ORGANIZATION | : | |
| a/k/a THE KORNREICH NIA | : | |
| ORGANIZATION NEW YORK, NY | : | NO. 02-4649 |

**O R D E R**

AND NOW, this    day of July, 2002, IT IS HEREBY ORDERED THAT the plaintiff shall provide to the Court by August 12, 2002, the names and states of citizenship of each of the partners comprising the Valley Forge Center Associates partnership. Because the plaintiffs allege that jurisdiction is based on diversity of citizenship, the information is relevant to the Court's determination of whether it has subject matter jurisdiction over this case. The citizenship of a partnership is determined by looking to the citizenship of its general and limited partners. Knop v. McMahan, 872 F.2d 1132, 1138 n.11 (3d Cir. 1989).

                                BY THE COURT:


                                _____
                                MARY A. McLAUGHLIN,   J.